■ In the Matter of BEVERLY RODMAN, Appellant, v RICHARD J. BARTLETT, as State Administrative Judge, Respondent.—Judgment unanimously affirmed, without costs, upon the opinion at Special Term, Patlow, J. (Appeal from judgment of Monroe Supreme Court—art 78.) Present—Dillon, P. J., Cardamone, Simons, Callahan and Witmer, JJ. [93 Misc 2d 292.]

■ MAUDE A. BROWN, Respondent, v ALLSTATE INSURANCE COMPANY, Appellant.—Order unanimously reversed, without costs, motion granted and complaint dismissed. (See *Reisinger v Allstate Ins. Co.,* 58 AD2d 1028, affd 44 NY2d 881; *McConnell v Fireman's Fund Amer. Ins. Co.,* 49 AD2d 676.) (Appeal from order of Erie Supreme Court—summary judgment.) Present—Dillon, P. J., Cardamone, Simons, Callahan and Witmer, JJ.